IN THE SUPREME COURT OF THE STATE OF DELAWARE

PATRICK DAUGHERTY, §
§
   Plaintiff Below, Appellant, § No. 60, 2023
§
v. § Court Below:  Court of Chancery
§ of the State of Delaware
JAMES DONDERO, HUNTON §
ANDREWS KURTH LLP, MARC § C.A. No. 2019-0956
KATZ, MICHAEL HURST, SCOTT §
ELLINGTON, and ISAAC §
LEVENTON, §
§
   Defendants Below, Appellees. §

Submitted:  September 27, 2023
Decided:     October 19, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

# **O R D E R**

Now this 19th day of October 2023, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Opinion dated January 27, 2023;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice